AMY JANE LONGO (Cal Bar No. 198304)
Email: longoa@sec.gov
ROBERTO A. TERCERO (Cal. Bar No. 143760)
Email: terceror@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Applicant,<br><br>　　vs.<br><br>EINSTEIN INVESTMENTS LLC,<br><br>　　　　Respondent. | Case No. 2:19-mc-00072-SJO-AS<br><br>**JOINT REPORT REGARDING THE PARTIES' RESOLUTION OF THE MATTER** |

Pursuant to the Court's Order Regarding Respondent's Compliance with the SEC Subpoena and the Court's June 20, 2019 Order to Show Cause [Docket Entry ("Dkt.") 16], Applicant Securities and Exchange Commission ("SEC") and Respondent Einstein Investments LLC ("Respondent") submit this joint report.

The SEC completed its review of the Respondent's document production, and conferred with Respondent regarding certain follow-up questions, concerning the Respondent's production. Respondent has answered the follow up questions to the SEC's satisfaction, and, based upon Respondent's responses, the SEC has concluded that no outstanding issues remain concerning the SEC's Application for an Order to Show Cause and Application for an Order Compelling Compliance with Investigative Subpoenas [Dkt. 1].

The SEC and Respondent, therefore, have concluded that this matter is now resolved and may be closed.

Dated: August 27, 2019

/s/ *Roberto A. Tercero*
Amy Jane Longo
Roberto A. Tercero
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

Dated: August 27, 2019

/s/ *Randolf W. Katz*
Randolf W. Katz
Baker Hostetler
*Attorneys for Einstein Investments LLC*

1 | **C.D. Cal. L.R. 5-4.3.4(a)(2)(i) Attestation**

2 |     Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed,
3 | and on whose behalf the filing is submitted, concur in the filing's content and have
4 | authorized the filing.

                                          /s/ *Roberto A. Tercero*
                                          Roberto A. Tercero

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On August 27, 2019, I caused to be served the document entitled **JOINT REPORT REGARDING THE PARTIES' RESOLUTION OF THE MATTER** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 27, 2019             */s/ Roberto A. Tercero*
                                   ROBERTO A. TERCERO

*SEC v. Einstein Investments LLC*
**United States District Court – Central District of California
Case No. 2:19-mc-00072 SJO-AS**

**SERVICE LIST**

Randolph W. Katz, Esq.
Baker & Hostetler LLP
600 Anton Blvd., Ste. 900
Costa Mesa, CA 92626
Telephone: (714) 966-8807
Fax: (714) 966-8802
Email: rkatz@bakerlaw.com
**Attorney for Respondent Einstein Investments LLC**

2